Ivan G. RICE, Plaintiff/Counterclaim Defendant–Appellant,

v.

HONEYWELL INTERNATIONAL, INC., Counterclaimant/Third–Party Plaintiff–Appellee,

and

Rolls–Royce, PLC, Defendant/Counterclaimant–Appellee,

and

Northrop Grumman Corp., Third–Party Defendant–Appellee.

No. 2007–1516.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of the unopposed motion to dismiss this appeal,*

IT IS ORDERED THAT:

---

* The motion also requests dismissal of a cross-appeal. However, no cross-appeal has been received or docketed by this court. If the

(1) The motion is granted.

(2) Each side shall bear its own costs.

Roberto GARCIA, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2006–3384.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of Roberto Garcia's unopposed motion to dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

---

court receives and dockets the cross-appeal, the parties may of course move to dismiss that appeal at that time.